USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 13 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA         :       INDICTMENT

    - v. -                         :       S1 11 Cr. 528 (JFK)

SAUL MOLINA,                     :
    a/k/a "Boss,"
                                 :

              Defendant.
                                :

- - - - - - - - - - - - - - - - - -x

## COUNT ONE

The Grand Jury charges:

1.   From at least in or about 2005 through at least in or about July 2009, in the Southern District of New York and elsewhere, SAUL MOLINA, a/k/a "Boss," the defendant, and others known and unknown, intentionally and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2.   It was a part and an object of the conspiracy that SAUL MOLINA, a/k/a "Boss," the defendant, and others known and unknown, would and did distribute and possess with the intent to distribute a controlled substance, in violation of 21 U.S.C. § 841(a)(1).

3.   The controlled substances involved in the offense were: (1) five kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of 21 U.S.C. § 841(b)(1)(A); and (2) 1,000 kilograms and more of

mixtures and substances containing a detectable amount of marijuana, in violation of 21 U.S.C. § 841(b)(1)(A).

Overt Acts

4. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

   a. On or about June 20, 2006, SAUL MOLINA, a/k/a "Boss," the defendant, spoke by telephone with a co-conspirator not named as a defendant herein.

   b. On or about May 10, 2006, two other co-conspirators, not named as defendants herein, possessed approximately 6.4 kilograms of cocaine in the Bronx, New York.

   c. In or about July 2009, MOLINA traveled to Dallas, Texas to collect narcotics proceeds.

(Title 21, United States Code, Section 846.)

FORFEITURE ALLEGATIONS

5. As a result of committing the controlled substance offense alleged in Count One of this Indictment, SAUL MOLINA, a/k/a "Boss," the defendant, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to

commit and to facilitate the commission of the violation alleged in Count One of this Indictment.

<h3 style="text-align:center;">Substitute Asset Provision</h3>

6. If any of the forfeitable property described above, as a result of any act or omission of SAUL MOLINA, a/k/a "Boss," the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 841(a)(1), 846, and 853.)

_____  
FOREPERSON

*Preet Bharara*  
_____  
PREET BHARARA  
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

SAUL MOLINA,
a/k/a "Boss,"

Defendant.

---

INDICTMENT

S1 11 Cr. 528 (JFK)

(Title 21, United States Code,
Section 846.)

---

PREET BHARARA
United States Attorney.

/s/

Foreperson

3/13/12 - Filed Superseding Indictment.
Arrest Warrant Issued.

J. Francis
U.S.M.J.